**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00440-CV

**LONNIE CHARLES CHALMERS, Appellant**

**V.**

**THE CITY DALLAS POLICE DEPARTMENT, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-14982**

## ORDER

We **GRANT** appellee's August 28, 2013 motion for an extension of time to file a brief.

Appellee shall file its brief on or before September 30, 2013.

/s/     DAVID LEWIS
         JUSTICE